UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HERITAGE FOUNDATION, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U. S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant.* | Civil Action No. 24-0714 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's Standing Order (ECF No. 9), Plaintiffs and Defendant, by and through undersigned counsel, provide the Court with their proposal for proceeding in this action under the Freedom of Information Act ("FOIA").

1. Plaintiffs filed the Complaint in this action on March 13, 2024, based on a request dated November 4, 2022, submitted to the United States Secret Service ("USSS") for five categories of records, each with subparts, related to Vice President Harris and her family as set forth more fully in Exhibit 3 to the Complaint (ECF No. 1 at ECF pp. 24-28)  The period of the request is "January 21, 2019 to the present." *Id.*

2. Defendant answered the Complaint on June 26, 2024 and, among other things, asserted as a defense that "[t]he request fails to comply with the requirements of FOIA to the extent it fails to reasonably describe the records sought or would be unduly burdensome to process."  (ECF No. 10 at 2)  Plaintiffs disagree with that position.

3. Subject to, and without waiving the defenses asserted in its Answer, Defendant states as follows regarding the status of the request.

      a.  Defendant states that USSS has conducted reasonable searches for items 1a, 2c, 3b, 4b, and 4c and has identified approximately 375 pages of responsive documents relating to trip costs and Presidential Protection Assistance Act reports.  USSS expects to produce what it considers to be the non-exempt portion of those pages by August 15, 2024.

      b.  Defendant states that USSS has determined that it has no responsive records for certain items of the request based on the description of the requested records.  That includes items 2a, 2b, 3a, 3g and 5d.

      c.  Defendant states that USSS has further determined that certain items seek documents that are not "agency records" under FOIA.  These include, but may not be limited to, items 3c, 3d, 3e, and 4d of the request.

      d.  USSS plans to confer with Plaintiff regarding the issues referenced in subparagraphs (b) and (c) above, as well as the scope of items 5a, 5b, and 5c of the request which Defendant maintains have not been reasonably described or would be unduly burdensome to process without narrowing.  USSS also will seek clarification as to items 3f and 4a during the expected conferral.

      e.  At this time, Defendant does not anticipate filing a motion for an *Open America* stay but reserves the right to do so at a later date if it determines that such a motion is necessary.

      f.  Defendant anticipates that briefing may be necessary as to the scope of certain items of the request and as to whether certain items of the request seek "agency records" within the meaning of FOIA.  Defendant also anticipates that summary judgment briefing may be necessary after it completes its processing of the request, including with respect to withholdings under FOIA exemptions.  However, Defendant maintains that it would be premature at this time to set a briefing

schedule until the parties have an opportunity to confer and while Defendant is still processing certain aspects of the request.

4. In light of the above, the parties propose that they file a further status report by September 12, 2024, and that the Court defer setting a briefing schedule at this time.

Dated: July 26, 2024

Respectfully submitted,

*/s/ Samuel Everett Dewey*
Samuel Everett Dewey
CHAMBERS OF SAMUEL EVERETT DEWEY, LLC
2200 12th Court North
Apt. 609
Arlington, VA 22201
(703) 261-4194
Email: samueledewey@sedchambers.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON
D.C. Bar # 447956
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2528
jeremy.simon@usdoj.gov

*Counsel for Defendant*